26

1        said.
2    Q.  So you did call though?
3    A.  I did.
4    Q.  You did call. You said you have records that
5        show when you called?
6    A.  No. You would have those records because it
7        was a City cell phone.
8    Q.  Okay, so what time did you call?
9    A.  I called as soon as I got to the parking lot
10       and got sick. Probably, I would say, roughly
11       7:50.
12   Q.  Okay. We are talking about 7:50 is when the
13       phone call happened, and then there would be
14       10 to 15 minutes where you were collecting
15       yourself and speaking to Anthony.
16   A.  Uh-huh.
17   Q.  So it is going to be 8:05?
18   A.  I would say about 8:10 I left to go home.
19   Q.  How long did it take you to get home?
20   A.  Maybe about 10 minutes.
21   Q.  What did you do when you got home?
22   A.  Took a shower, changed my clothes and came
23       back to work.
24   Q.  How long did it take you to do everything?
25   A.  I was back here, I would say, roughly 9:30,

1      9:36 at the latest.
2  Q.  Let's focus while at home.  How long were you
3      at your home before you left?
4  A.  Enough to get a shower and change clothes.  I
5      mean, I washed my hair and put it back in a
6      braid.  I would say 20 minutes maybe, if that.
7  Q.  Then did it take 10 or so minutes on the other
8      side to get back here?
9  A.  Uh-huh.
10 Q.  You are nodding again.
11 A.  Oh, yes, I am sorry.
12 Q.  And so did you call anybody else while you
13     were at home after or during the process of
14     cleaning yourself up?
15 A.  Not that I can recall.  There would not have
16     been any reason for me to.  I had already left
17     several messages.
18 Q.  Did you send any emails while you were at
19     home?
20 A.  The only person that I believe I sent an email
21     to was Valerie.
22 Q.  While you were at home?
23 A.  No, no, in the parking lot.
24 Q.  So you're at home cleaning yourself up.  No
25     communication with anybody during that time?

28

1  A.   Huh-huh.
2  Q.   Just getting yourself ready and then heading
3       back to work?
4  A.   Right.
5  Q.   I would like to ask you about the car accident
6       on March 5 as well. You said there are some
7       tow records that are going to be coming.
8       Again, I am sorry that you had to go through
9       the accident. I am interested about when it
10      occurred though. Do you know what time of
11      day?
12 A.   It was a snow -- we had a horrific snow storm
13      that morning. I was in a panic because -- let
14      me just say the roads were really bad. I
15      didn't have my truck. I had my car which was
16      a Lincoln, and it was a sled. I left to come
17      to work at my normal time, which was probably
18      about 7:20. I live off of -- anyway you come
19      -- I have to come down a hill. I can't get
20      past coming down a hill. Our streets are
21      never cleared.
22               So I slid into a person's front yard
23      and popped the side of the rim of my tire and
24      had to wait, just like a million other people
25      that morning were in the same situation.

27

1      9:36 at the latest.
2   Q. Let's focus while at home. How long were you
3      at your home before you left?
4   A. Enough to get a shower and change clothes. I
5      mean, I washed my hair and put it back in a
6      braid. I would say 20 minutes maybe, if that.
7   Q. Then did it take 10 or so minutes on the other
8      side to get back here?
9   A. Uh-huh.
10  Q. You are nodding again.
11  A. Oh, yes, I am sorry.
12  Q. And so did you call anybody else while you
13     were at home after or during the process of
14     cleaning yourself up?
15  A. Not that I can recall. There would not have
16     been any reason for me to. I had already left
17     several messages.
18  Q. Did you send any emails while you were at
19     home?
20  A. The only person that I believe I sent an email
21     to was Valerie.
22  Q. While you were at home?
23  A. No, no, in the parking lot.
24  Q. So you're at home cleaning yourself up. No
25     communication with anybody during that time?

28

| | | |
|---|---|---|
| 1 | A. | Huh-huh. |
| 2 | Q. | Just getting yourself ready and then heading |
| 3 | | back to work? |
| 4 | A. | Right. |
| 5 | Q. | I would like to ask you about the car accident |
| 6 | | on March 5 as well. You said there are some |
| 7 | | tow records that are going to be coming. |
| 8 | | Again, I am sorry that you had to go through |
| 9 | | the accident. I am interested about when it |
| 10 | | occurred though. Do you know what time of |
| 11 | | day? |
| 12 | A. | It was a snow -- we had a horrific snow storm |
| 13 | | that morning. I was in a panic because -- let |
| 14 | | me just say the roads were really bad. I |
| 15 | | didn't have my truck. I had my car which was |
| 16 | | a Lincoln, and it was a sled. I left to come |
| 17 | | to work at my normal time, which was probably |
| 18 | | about 7:20. I live off of -- anyway you come |
| 19 | | -- I have to come down a hill. I can't get |
| 20 | | past coming down a hill. Our streets are |
| 21 | | never cleared. |
| 22 | | So I slid into a person's front yard |
| 23 | | and popped the side of the rim of my tire and |
| 24 | | had to wait, just like a million other people |
| 25 | | that morning were in the same situation. |

| | | |
|---|---|---|
| 1 | | the time keeper know, to keep track of their |
| 2 | | time, to make sure they were still working on |
| 3 | | -- we had a quarterly report that was going to |
| 4 | | be due out. Just pretty making sure and going |
| 5 | | over contracts that they were going to be |
| 6 | | presenting in front of the board. |
| 7 | Q. | In the course of the work that your -- that |
| 8 | | you are performing, that you are describing at |
| 9 | | this time, were you using your City email to |
| 10 | | communicate with people? |
| 11 | A. | For the most part. Well, more I would say my |
| 12 | | staff contacted me personally but, yes, there |
| 13 | | were emails. |
| 14 | Q. | Did they contact you on the phone or did they |
| 15 | | contact you -- |
| 16 | A. | Sometimes on the cell phone, sometimes on my |
| 17 | | home phone. |
| 18 | Q. | If I were to look through the City's email |
| 19 | | records, I would see your City email address |
| 20 | | being used to direct Kevin, Anthony -- |
| 21 | A. | And Victoria. |
| 22 | Q. | I was trying to think about the timeline as to |
| 23 | | me whether she was warned. I would see you |
| 24 | | directing them to do certain tasks? |
| 25 | A. | Yes. And there wasn't -- everybody knew their |

48

1  Q.   No, this is a question for you because the
2       letter is directed toward you.  It says, you
3       are suspended five days pending termination.
4       Please tell the City what reasons you have why
5       you shouldn't be terminated.
6  A.   I spoke to my attorney, and that should have
7       been handled through my attorney.
8  Q.   Okay, you personally did not respond; is that
9       right?
10            MS. TUTTLE:  Do you understand what
11       she is asking you about?  Do you need it
12       clarified?
13 A.   I believe so.  I mean, maybe there is
14       something I am missing here.
15 Q.   I will describe the process, and if you don't
16       understand what I am talking about, let me
17       know.  There is a five day suspension pending
18       termination that was sent to you that says,
19       you are suspended five days pending
20       termination, please state the reasons why you
21       should not be discharged.  You are given that
22       five day period to respond to the City and to
23       list whatever, you know, whatever reasons you
24       have to defend yourself against the charges.
25       We are not in possession of any response.

|    |    |    |
|----|----|----|
| 1  |    | That indicates to me that there was no |
| 2  |    | response that you drafted. I am wondering if |
| 3  |    | you could explain to me your reasons for not |
| 4  |    | responding. |
| 5  | A. | I believe that I turned everything over to my |
| 6  |    | attorneys. I don't -- because I already had |
| 7  |    | the lawsuit. So I believe everything was |
| 8  |    | turned over to my attorney for that response. |
| 9  |    | I am not -- I can't -- |
| 10 | Q. | Did you author a response yourself? |
| 11 | A. | Offer from me? |
| 12 | Q. | Author. |
| 13 | A. | No. No, I didn't. |
| 14 | Q. | Are you saying that's because you handed that |
| 15 |    | over to your attorney and expected them to do |
| 16 |    | it? |
| 17 | A. | Yes. I believe so, yes. |
| 18 | Q. | I think I just have one last question, and it |
| 19 |    | is about the fax that we already have, that |
| 20 |    | you so graciously brought again today. There |
| 21 |    | is this November 30 fax to the law department. |
| 22 |    | MS. TUTTLE: This was part of the |
| 23 |    | documents that you gave us that we gave to the |
| 24 |    | City. |
| 25 | Q. | So I want to ask basically about this |