IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAWN JAKOMAS, | CIVIL ACTION |
| Plaintiff, | No.   2:16-cv-00220 |
| v. | |
| CITY OF PITTSBURGH, | Judge Mark R. Hornak |
| Defendant. | **ELECTRONICALLY FILED** |

**APPENDIX TO DEFENDANT'S CONCISE STATEMENT OF MATERIAL FACTS**

1. ECF 1 (Plaintiff's Complaint)
2. ECF 18 (Defendant's Answer and Affirmative Defenses)
3. City's Initial Disclosures
4. City's Document Production
5. Plaintiff's Deposition
6. Affidavit of Ms. McDonald Roberts
7. Plaintiff's Admissions, 12, 13
8. Lestitian Deposition,
9. McDonald Roberts Deposition
10. Plaintiff's Interrogatory Responses

Respectfully submitted,

LOURDES SÁNCHEZ RIDGE
City Solicitor

*/s/ Stephanie L. Eggar*
Stephanie L. Eggar
Assistant City Solicitor
PA. I.D. #307456

stephanie.eggar@pittsburghpa.gov

*s/ Matthew S. McHale, Esq.*
Matthew S. McHale, Esq.
Associate City Solicitor
Pa. ID No. 91880
matthew.mchale@pittsburghpa.gov

City of Pittsburgh Department of Law
414 Grant Street
Pittsburgh, PA 15219
matthew.mchale@pittsburghpa.gov
*Counsel for Defendant City of Pittsburgh*